# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0044.  KENNETH BEAMON v. THE STATE.**

Prisoner Kenneth Beamon sought to proceed in forma pauperis to change his name from Kenneth Rayshaun Beamon to Kenneth Rayshaun Shabazz.  The trial court dismissed the pleading under OCGA § 9-15-2 (d) based upon Beamon's failure to establish venue and jurisdiction and failure to include a proper pauper's affidavit. Beamon filed an application for discretionary appeal from this ruling.[1]  Although Beamon included a copy of the trial court's order, it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).

Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement. See OCGA § 5-6-35 (d); *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on September 10, 2014, we ordered Beamon to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We provided that failure to comply with this directive would result in dismissal of the application. Beamon has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the September 10, 2014 order.  Accordingly, Beamon's application is hereby DISMISSED.

---

[1] Beamon filed his application to the Supreme Court, which transferred the matter to this Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/01/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*